**Order entered December 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00777-CV

## IN RE THE CARDIO GROUP, LLC, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05693**

## ORDER

Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and **DENY AS MOOT** the real party in interest's motion to require bond. We **LIFT** this Court's stay of the underlying proceedings.

/s/ ELIZABETH LANG-MIERS
JUSTICE